IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:15-CV-00226-RC |
| v. | § § § | |
| 2013 ROLLS ROYCE PHANTOM DROPHEAD CONVERTIBLE COUPE VIN: SCA682D53DUX75161, | § § § § | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 93-11. The court has received and considered the report (Doc. No. 11) of the magistrate judge, who recommends that the court grant the Government's "Motion for Default Judgment" (Doc. No. 9) and enter final judgment. No objections to the report and recommendation have been filed.

The magistrate judge's report and recommendation (Doc. No. 11) is **ADOPTED**, and the Government's "Motion for Default Judgment" (Doc. No. 9) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **17** day of **March, 2016.**

_____
Ron Clark, United States District Judge